<table>
<tr><td><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

United States Bankruptcy Court for the:

DISTRICT OF CONNECTICUT

Case number *(if known)* _____  Chapter ___7___

☐ Check if this an
  amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Tom the Toolman Tyler, LLC |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 83-2190899 |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | 3 Wells Road<br>Wethersfield, CT 06109<br>Number, Street, City, State & ZIP Code | 172 Nott Street<br>Wethersfield, CT 06109<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | Hartford<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | https://tomthetoolmantyler.com/ |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor    Tom the Toolman Tyler, LLC _____    Case number (if known) _____
          Name

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

     2361

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☒ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| District | When | Case number |
|----------|------|-------------|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

---

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | Relationship |
|--------|-------------|
| District _____ | When _____ | Case number, if known _____ |

---

| Debtor | Tom the Toolman Tyler, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**11. Why is the case filed in this district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency

Contact name

Phone

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds** .

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☒ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☒ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☒ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor   Tom the Toolman Tyler, LLC _____    Case number (if known) _____
          Name

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      May 6, 2024 _____
                 MM / DD / YYYY

**X** /s/ Thomas M. Tyler _____          Thomas M. Tyler _____
   Signature of authorized representative of debtor          Printed name

Title      President _____

**18. Signature of attorney**

**X** /s/ Anthony S. Novak _____     Date    May 6, 2024 _____
   Signature of attorney for debtor                            MM / DD / YYYY

Anthony S. Novak _____
Printed name

Novak Law Office, PC _____
Firm name

280 Adams Street
Manchester, CT 06042 _____
Number, Street, City, State & ZIP Code

Contact phone    (860) 432-7710 _____     Email address    anthonysnovak@aol.com _____

ct09074 CT _____
Bar number and State

**Fill in this information to identify the case:**

Debtor name      Tom the Toolman Tyler, LLC

United States Bankruptcy Court for the:    DISTRICT OF CONNECTICUT

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.    Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.    Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.    18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒    *Schedule H: Codebtors* (Official Form 206H)
☒    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    May 6, 2024                **X** /s/ Thomas M. Tyler
                                           Signature of individual signing on behalf of debtor

                                           Thomas M. Tyler
                                           Printed name

                                           President
                                           Position or relationship to debtor

05/06/24 2:17 PM

**Fill in this information to identify the case:**

Debtor name ___Tom the Toolman Tyler, LLC___

United States Bankruptcy Court for the:  ___DISTRICT OF CONNECTICUT___

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*............................................................................................................ $    0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*........................................................................................................ $    3,392.35

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.......................................................................................................... $    3,392.35

| Part 2: | Summary of Liabilities |
|---|---|

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $    280,001.00

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................................. $    1,308.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................... +$    353,839.16

4.  **Total liabilities** ...................................................................................................................
    Lines 2 + 3a + 3b     $    635,148.16

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name __Tom the Toolman Tyler, LLC__ | |
| United States Bankruptcy Court for the: __DISTRICT OF CONNECTICUT__ | |
| Case number (if known) _____ | ☐ Check if this is an amended filing |

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Liberty Bank | Checking | 2250 | $139.34 |
| 3.2. | Charter Oak Credit Union | Savings | 7101 | $0.01 |
| 3.3. | Charter Oak Credit Union | Checking | 7130 | $103.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $242.35 |
|---|

### Part 2:    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☒ No.  Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

☒ No.  Go to Part 4.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   Tom the Toolman Tyler, LLC _____   Case number *(If known)* _____
     Name

---

**Part 4:**   **Investments**

**13. Does the debtor own any investments?**

  ☒ No.   Go to Part 5.
  ☐ Yes Fill in the information below.

---

**Part 5:**   **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

  ☐ No.   Go to Part 6.
  ☒ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials**<br>7 windows brand new in packaging | | $0.00 | | $700.00 |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies**<br>7 1/4 " Miter saw, Oscillating saw, 10" table saw, drywall screw gun, standing floor screw gun, 2 handheld drills, zip wall dust barrier system, hoover commercial vacuum handheld, drywall lift, hardwood floor nailer, Ridgid 6 gallon air compressor, 3 ladders, 20 opened and unopened buckets of paint | | $0.00 | | $1,500.00 |

23. **Total of Part 5.**

    Add lines 19 through 22.   Copy the total to line 84.

                                                      $2,200.00

24. **Is any of the property listed in Part 5 perishable?**
  ☒ No
  ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
  ☒ No
  ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
  ☒ No
  ☐ Yes

---

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

  ☒ No.   Go to Part 7.
  ☐ Yes Fill in the information below.

---

| Debtor | Tom the Toolman Tyler, LLC | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

---

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.   Go to Part 8.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** 1 desk & chair, 1 table with 4 chairs, 1 corner cabinet | $0.00 | | $450.00 |
| 40.  **Office fixtures** | | | |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software** 3 computers, 1 server, 3 monitors, 2 printers, phones | $0.00 | | $500.00 |

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**
Add lines 39 through 42.   Copy the total to line 86.

| | $950.00 |
|---|---|

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

---

**Part 8:**    **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No.   Go to Part 9.
☐ Yes Fill in the information below.

---

**Part 9:**    **Real property**

**54. Does the debtor own or lease any real property?**

☒ No.   Go to Part 10.
☐ Yes Fill in the information below.

---

**Part 10:**    **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.   Go to Part 11.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |

---

| Debtor | Tom the Toolman Tyler, LLC | Case number *(If known)* | |
|--------|---------------------------|--------------------------|--|
| | Name | | |

61. **Internet domain names and websites**
    https://tomthetoolmantyler.com/ backed by
    godaddy.com                                                     $0.00                                    $0.00

62. **Licenses, franchises, and royalties**
    Lead paint handling license                                     $0.00                                    $0.00

63. **Customer lists, mailing lists, or other compilations**
    mailing/customer list                                           $0.00                                    $0.00

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.**

    Add lines 60 through 65. Copy the total to line 89.                                                      $0.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
    ☒ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ☒ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

| Part 11: | All other assets |
|----------|------------------|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☒ No.   Go to Part 12.
    ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

05/06/24 2:17 PM

| Debtor | Tom the Toolman Tyler, LLC | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $242.35 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.**   *Copy line 23, Part 5.* | $2,200.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $950.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $3,392.35 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $3,392.35 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name ___Tom the Toolman Tyler, LLC___

United States Bankruptcy Court for the: ___DISTRICT OF CONNECTICUT___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1**   Corporation Service Co.

Creditor's Name

Attn President
801 Adlai Stevenson Drive
Springfield, IL 62703

Creditor's mailing address

_____

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
security interest in and to all of merchant's present and future accounts, chattel paper, deposit accounts, personal property, assets and fixtures, general intangibles, instruments, equipment, inventory

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

Amount of claim: $1.00
Value of collateral: $0.00

**2.2**   Liberty Bank

Creditor's Name

Attn: President
315 Main Street
Middletown, CT 06457

Creditor's mailing address

_____

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No

**Describe debtor's property that is subject to a lien**
accounts, chattel paper, commercial tort claim, documents, equipment, general liabilities, instruments, inventory, investment property, letter of credit rights, motor vehicles, software, supporting obligations, all books and records,

**Describe the lien**
UCC filing

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent

Amount of claim: $190,000.00
Value of collateral: $0.00

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor  Tom the Toolman Tyler, LLC
      Name

Case number (if known)

| | |
|---|---|
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated ☒ Disputed |

| | | | |
|---|---|---|---|
| 2.3 | U.S. Small Business Admin | **Describe debtor's property that is subject to a lien** | $90,000.00 | $0.00 |

    Creditor's Name

**Describe debtor's property that is subject to a lien**
All tangible and intangible personal property, including but not limited to inventory, equipment, instruments including promissory notes, chattel paper, documents, letter of credit rights, accounts receivables and credit card receivables, deposit accounts, commercial tort claims, general intangibles, including payment intangibles and software

Attn: Manager
2 N. 29th St, Suite 320
Birmingham, AL 35203
Creditor's mailing address

**Describe the lien**
UCC filing

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
7400

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | |
|---|---|---|---|
| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | | $280,001.00 |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name    and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Corporation Service Co. Attn: President P.O. Box 2576 Springfield, IL 62708 | Line  2.1 | |
| Liberty Bank Attn: President P.O. Box 150425 Hartford, CT 06115 | Line  2.2 | |
| U.S. Small Business Admin Attn: Manager 280 Trumbull St. 2nd Floor Hartford, CT 06103 | Line  2.3 | |
| U.S. Small Business Admin Attn: President P.O. Box 3918 Portland, OR 97208 | Line  2.3 | |

| | |
|---|---|
| Debtor    Tom the Toolman Tyler, LLC | Case number (if known) |
| Name | |

Wolters Kluwer Lien Solutions
Attn: President                                      Line   2.2
P.O. Box 29071
Glendale, CA 91209

**Fill in this information to identify the case:**

Debtor name    Tom the Toolman Tyler, LLC

United States Bankruptcy Court for the:    DISTRICT OF CONNECTICUT

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>CT Dept. of Revenue Services<br>C & E Division, Bankruptcy Unit<br>450 Columbus Blvd Suite 1<br>Hartford, CT 06103 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | $1.00 | $1.00 |
|  | Date or dates debt was incurred | Basis for the claim: |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes |  |  |
| **2.2** | Priority creditor's name and mailing address<br>Daniel J. McNaughton<br>42 Farmstead Road<br>Wethersfield, CT 06109 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,300.00 | $0.00 |
|  | Date or dates debt was incurred | Basis for the claim:<br>Trade debt |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☒ No<br>☐ Yes |  |  |
| **2.3** | Priority creditor's name and mailing address<br>David Lindsey<br>17 Jan Drive<br>Vernon Rockville, CT 06066 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | $1.00 | $1.00 |
|  | Date or dates debt was incurred | Basis for the claim:<br>unpaid wages |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes |  |  |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | Tom the Toolman Tyler, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.4**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.00 | $1.00 |
|---|---|---|---|
| Internal Revenue Service<br>Attn: Special Procedures<br>135 High Street, Stop 155<br>Hartford, CT 06103 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.5**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.00 | $1.00 |
|---|---|---|---|
| Joe Worley<br>73 Laurel Lane<br>Simsbury, CT 06070 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
unpaid wages

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.6**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.00 | $1.00 |
|---|---|---|---|
| Joshua Cleaveland<br>21 Gifford Road<br>West Hartford, CT 06119 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
unpaid wages

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.7**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.00 | $1.00 |
|---|---|---|---|
| Ralph Esposito<br>37 Wellington Street<br>New Britain, CT 06053 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
unpaid wages

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.8**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.00 | $1.00 |
|---|---|---|---|
| Town of Wethersfield<br>Attn: Tax Collector<br>505 Silas Deane Hwy<br>Wethersfield, CT 06109 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Tom the Toolman Tyler, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.9 | Priority creditor's name and mailing address<br>Zachary Truhan<br>782 Main Street<br>Newington, CT 06111 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | $1.00 | $1.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>unpaid wages | | |
| | Last 4 digits of account number | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | | | |

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  |  | **Amount of claim** |
|---|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>ACI Flooring LLC<br>Attn: President<br>109 Main Street<br>Wethersfield, CT 06109 | As of the petition filing date, the claim is: *Check that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | $1.00 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Trade debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>Allwaste Inc.<br>Attn: President<br>P.O. Box 2472<br>Hartford, CT 06146 | As of the petition filing date, the claim is: *Check that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $655.61 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Trade debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>Altus Receivables Management Inc.<br>Attn: President<br>P.O.   Box 186<br>Metairie, LA 70004 | As of the petition filing date, the claim is: *Check that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | $1.00 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Trade debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>Alvins Plumbing & Heating LLC<br>Attn: Alvin Latiff<br>501 Griswold Street<br>Glastonbury, CT 06033 | As of the petition filing date, the claim is: *Check that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,265.00 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Trade debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |
| 3.5 | **Nonpriority creditor's name and mailing address**<br>American Express<br>Attn: President<br>P.O. Box 1270<br>Newark, NJ 07101 | As of the petition filing date, the claim is: *Check that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $7,492.84 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Credit card | |
| | **Last 4 digits of account number**  1002 | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| Debtor | Tom the Toolman Tyler, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,508.65 |
|---|---|---|---|

American Express
Attn: President
P.O. Box 1270
Newark, NJ 07101

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Credit card

**Last 4 digits of account number** 1009

Is the claim subject to offset? ☒ No   ☐ Yes

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $29,400.16 |
|---|---|---|---|

American Express
Attn: President
P.O. Box 1270
Newark, NJ 07101

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Credit card

**Last 4 digits of account number** 2002

Is the claim subject to offset? ☒ No   ☐ Yes

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,800.00 |
|---|---|---|---|

APK Electric
Attn: Kyle Lamarre
352 Shrub Road

Bristol, CT 06010

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1.00 |
|---|---|---|---|

Apple Valley Inc.
Attn: Travis Woodward
63 Berkley Avenue
Southington, CT 06489

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1.00 |
|---|---|---|---|

ARC Property Management LLC
Attn: Arnaldo Alvarez
9 Oak St., Apt. 1

Vernon Rockville, CT 06066

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1.00 |
|---|---|---|---|

Artistic Plumbing & Heating
Attn: Keith Molnar
188 Newton Street
Berlin, CT 06037

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $5,100.00 |
|---|---|---|---|

Beacon Spray Foam LLC
Attn: Jesse
2233 Ridge Rd
North Haven, CT 06473

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

| Debtor | Tom the Toolman Tyler, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.13** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$21,561.76**

Berkley Net
Attn: President
P.O. Box 639829
Cincinnati, OH 45263

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _7384_

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,313.40**

C & K Electrical LLC
Attn: Adam Kies
17 Karosi Road
Ashford, CT 06278

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$187,209.39**

CAN Capital Asset Servicing Inc
Attn: Kathleen O'Connell
1850 Parkway Place SE Suite 1150
Marietta, GA 30067

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7,651.63**

Capital One
Attn: President
P.O. Box 71087
Charlotte, NC 28272

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _8417_

**Basis for the claim:** _Credit card_

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.17** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1.00**

Catskill Granite Countertops
Attn: President
156a Pane Road
Newington, CT 06111

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,394.00**

Clear Spring Property & Casualty Co.
Attn: Art Jennings
227 W Monroe St #2100
Chicago, IL 60606

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _5821_

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1.00**

Computers by Lee LLC
Attn: Lee Wilson
64 Mountain View Avenue
Avon, CT 06001

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | Tom the Toolman Tyler, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $589.96 |
|---|---|---|---|

Connecticut Natural Gas
Attn: President
P.O. Box 847820
Boston, MA 02284

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $500.00 |
|---|---|---|---|

CT Dept. of Consumer Protection
Attn: Commissioner
450 Columbus Blvd, Suite 901
Hartford, CT 06103

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1.00 |
|---|---|---|---|

CT Shower & Bath LLC
Attn: President
555 New Park Avenue
West Hartford, CT 06110

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $249.00 |
|---|---|---|---|

Dandy Inc.
Attn: President
9891 Irvine Center Dr. Suite 200
Irvine, CA 92618

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1.00 |
|---|---|---|---|

David A. Ambrose
119 Farmingdale Road
Wethersfield, CT 06109

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $570.00 |
|---|---|---|---|

Diego Carrillo Rodriguez
79 Randolph Avenue
Apt. 2
Meriden, CT 06451

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $665.00 |
|---|---|---|---|

Dream Makers Home Improvement
Attn: Tony Navarro
3 Grant Road
Broad Brook, CT 06016

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

| Debtor | Tom the Toolman Tyler, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.27** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,850.00**

Drywall Perfection
Attn: President
49 Custer Street
West Hartford, CT 06110

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$945.00**

Elan Financial Services
Attn: President
P.O. Box 790408
Saint Louis, MO 63179

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Credit card

**Last 4 digits of account number** 4607

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$713.66**

Eversource
Attn: Bankruptcy or Legal Dept107 Selden Street
Berlin, CT 06037

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1.00**

FastComp Insurance
Attn: President
1931 Georgetown Rd # 100
Hudson, OH 44236

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,920.00**

Full Circle Contractors
Attn: Christopher Legault
24 Birch Mountain Road
Bolton, CT 06043

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.32** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$771.38**

GoNetSpeed
Attn: President
56 Campus Drive
New Gloucester, ME 04260

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** 5479

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.33** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,800.00**

Guglietta Plumbing & Heating LLC
Attn: President
71 Garden Street
Bristol, CT 06010

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | Tom the Toolman Tyler, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $875.00 |
|---|---|---|---|

HBRA of Central CT
Attn: President
2189 Silas Deane Highway
Rocky Hill, CT 06067

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,387.17 |
|---|---|---|---|

Johnson & Johnson Preferred Financing
Attn: President
P.O. Box 26009
Greensboro, NC 27420

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** 9255

Is the claim subject to offset? ☒ No   ☐ Yes

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

Junior's Painting
Attn: Manley McLeod
111 Baltimore Street
Hartford, CT 06112

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,191.95 |
|---|---|---|---|

Lansing Building Products LLC
Attn: President
201 Jones Road, 1st Fl East
Waltham, MA 02451

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,065.15 |
|---|---|---|---|

Lowes Business Acct/SYNCB
Attn: President
P.O. Box 669824
Dallas, TX 75266

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Credit card

**Last 4 digits of account number** 5267

Is the claim subject to offset? ☒ No   ☐ Yes

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,098.75 |
|---|---|---|---|

Mark Kelly Construction
Attn: Mark Kelly
140 Sunnybrook Drive
Manchester, CT 06040

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

Marzano Plumbing & Heating LLC
Attn: Tony Marzano
520 Franklin Avenue
Hartford, CT 06114

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

| Debtor | Tom the Toolman Tyler, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1.00 |
|---|---|---|---|

National Litigation Law Group LLP
Attn: James Bryant
42 Shepard Center, 2401 NW 23rd St
Oklahoma City, OK 73107

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Legal Services

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4,926.62 |
|---|---|---|---|

Plimpton & Hills
Attn: President
300 Research Parkway
Meriden, CT 06450

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** 4482

Is the claim subject to offset? ☒ No ☐ Yes

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1.00 |
|---|---|---|---|

Polaris Business Advisors
Attn: President
22 West 38th, 3rd Fl
New York, NY 10018

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,250.00 |
|---|---|---|---|

Reliable Service Contractor LLC
Attn: Jodi Watson
Tucker Albin & Associates
1702 N. Collins Blvd Suite 100
Richardson, TX 75080

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $155.71 |
|---|---|---|---|

Ring's End Inc.
Attn: President
181 West Avenue
Darien, CT 06820

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** 0964

Is the claim subject to offset? ☒ No ☐ Yes

| 3.46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,300.00 |
|---|---|---|---|

Ro's Plumbing LLC
Attn: R. Lodge
115 Collimore Road
East Hartford, CT 06108

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,276.54 |
|---|---|---|---|

Sherwin-Williams Company
Attn: President
725 Silas Deane Highway
Wethersfield, CT 06109

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

| Debtor | Tom the Toolman Tyler, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.48** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$582.66**

Sure Payroll
Attn: President
27 Patriot Blvd. Suite 300
Glenview, IL 60026

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.49** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$216.96**

Surefire Local
Attn: President
8619 Westwood Center Dr. Suite 150
Vienna, VA 22182

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.50** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1.00**

The Fundworks LLC
Attn: President
299 South Main Street, Suite 1300
Salt Lake City, UT 84111

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.51** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,329.21**

The Lyon & Billard Co.
Attn: President
3 Gypsey Lane
Meriden, CT 06450

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** 1639

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.52** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,115.00**

Webster Worx LLC
Attn: Nico Webster
36 Cedar Street
Middletown, CT 06457

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.53** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$900.00**

Wessam's Construction & Maintenance LLC
Attn: Lloyd Wessam
118 BRANDEGEE AVENUE
Groton, CT 06340

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.54** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$11,518.00**

Western World Insurance Company
Attn: President
300 Kimball Dr
Parsippany, NJ 07054

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** 7275

Is the claim subject to offset? ☒ No ☐ Yes

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | Tom the Toolman Tyler, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $710.00 |
|---|---|---|---|

Yves Gutters
Attn: Yves Sevigny
9 Rosewood Drive
Plainville, CT 06062

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Trade debt

Is the claim subject to offset? ☒ No   ☐ Yes

---

**Part 3:   List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | American Express<br>Attn: President<br>P.O. Box 981535<br>El Paso, TX 79998 | Line 3.5<br>☐ Not listed. Explain ___ | _ |
| 4.2 | Ann Thidemann Esq.<br>Asst. U.S. Attorney<br>1000 Lafayette Blvd 10th Floor<br>Bridgeport, CT 06604 | Line 2.4<br>☐ Not listed. Explain ___ | _ |
| 4.3 | Christine Sciarrino Esq.<br>Asst. U.S. Attorney<br>1000 Lafayette Blvd 10th Floor<br>Bridgeport, CT 06604 | Line 2.4<br>☐ Not listed. Explain ___ | _ |
| 4.4 | Cris Huacon<br>Polaris Business Advisors<br>22 W 38th St<br>New York, NY 10018 | Line 3.15<br>☐ Not listed. Explain ___ | _ |
| 4.5 | Elan Financial Services<br>Attn: President<br>P.O. Box 6353<br>Fargo, ND 58125 | Line 3.28<br>☐ Not listed. Explain ___ | _ |
| 4.6 | Eversource<br>Attn: President<br>P.O. Box 56007<br>Boston, MA 02205 | Line 3.29<br>☐ Not listed. Explain ___ | _ |
| 4.7 | Gerard Celmer<br>Polaris Business Advisors<br>22 W 38th St<br>New York, NY 10018 | Line 3.15<br>☐ Not listed. Explain ___ | _ |
| 4.8 | Internal Revenue Service<br>Centralized Insolvency Office<br>P.O. Box 21126<br>Philadelphia, PA 19114 | Line 2.4<br>☐ Not listed. Explain ___ | _ |
| 4.9 | Internal Revenue Service<br>Centralized Insolvency Office<br>P.O. Box 7346<br>Philadelphia, PA 19101 | Line 2.4<br>☐ Not listed. Explain ___ | _ |

| Debtor | Tom the Toolman Tyler, LLC | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.10 | Jackson Heath<br>Polaris Business Advisors<br>22 W 38th St<br>New York, NY 10018 | Line 3.15<br>☐ Not listed. Explain ____ | _ |
| 4.11 | Johnson & Johnson<br>Attn: President<br>22-B Oak Branch Drive<br>Greensboro, NC 27407 | Line 3.35<br>☐ Not listed. Explain ____ | _ |
| 4.12 | Johnson & Johnson Preferred Financing<br>Attn: President<br>P.O. Box 96431<br>Charlotte, NC 28296 | Line 3.35<br>☐ Not listed. Explain ____ | _ |
| 4.13 | Joseph S. Fritzson<br>J.S. Fritzson Law Firm PC<br>1979 Marcus Avenue Suite 210<br>New Hyde Park, NY 11042 | Line 3.15<br>☐ Not listed. Explain ____ | _ |
| 4.14 | Western World Insurance Co.<br>Attn: President<br>P.O. Box 899<br>Charleston, SC 29402 | Line 3.54<br>☐ Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.   Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 1,308.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 353,839.16 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 355,147.16 |

05/06/24 2:17 PM

| Fill in this information to identify the case: |
| --- |
| Debtor name _Tom the Toolman Tyler, LLC_ |
| United States Bankruptcy Court for the: _DISTRICT OF CONNECTICUT_ |
| Case number (if known) _____ |

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.    There is nothing else to report on this form.
    ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | lease on 3 Wells Road, Wethersfield CT 06109 |
| State the term remaining | |
| List the contract number of any government contract _____ | David A. Ambrose<br>119 Farmingdale Road<br>Wethersfield, CT 06109 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td>Tom the Toolman Tyler, LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>DISTRICT OF CONNECTICUT</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                        12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | **Check all schedules that apply:** |
| 2.2 | Thomas Tyler | 172 Nott Street Wethersfield, CT 06109 | Plimpton & Hills | ☐ D _____ <br> ☒ E/F __3.42__ <br> ☐ G _____ |
| 2.3 | Thomas Tyler | 172 Nott Street Wethersfield, CT 06109 | Ro's Plumbing LLC | ☐ D _____ <br> ☒ E/F __3.46__ <br> ☐ G _____ |
| 2.4 | Thomas Tyler | 172 Nott Street Wethersfield, CT 06109 | C & K Electrical LLC | ☐ D _____ <br> ☒ E/F __3.14__ <br> ☐ G _____ |
| 2.5 | Thomas Tyler | 172 Nott Street Wethersfield, CT 06109 | U.S. Small Business Admin | ☒ D __2.3__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.6 | Thomas Tyler | 172 Nott Street Wethersfield, CT 06109 | Western World Insurance Company | ☐ D _____ <br> ☒ E/F __3.54__ <br> ☐ G _____ |
| 2.7 | Thomas Tyler | 172 Nott Street Wethersfield, CT 06109 | Clear Spring Property & Casualty Co. | ☐ D _____ <br> ☒ E/F __3.18__ <br> ☐ G _____ |

Debtor    Tom the Toolman Tyler, LLC _____    Case number *(if known)* _____

| ■ | **Additional Page to List More Codebtors** |

Copy this page only if more space is needed.   Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.8 | Thomas Tyler | 172 Nott Street<br>Wethersfield, CT 06109 | Johnson & Johnson<br>Preferred Financing | ☐ D _____<br>☒ E/F ___3.35___<br>☐ G _____ |
| 2.9 | Thomas Tyler | 172 Nott Street<br>Wethersfield, CT 06109 | Berkley Net | ☐ D _____<br>☒ E/F ___3.13___<br>☐ G _____ |
| 2.10 | Thomas Tyler | 172 Nott Street<br>Wethersfield, CT 06109 | Daniel J. McNaughton | ☐ D _____<br>☒ E/F ___2.2___<br>☐ G _____ |
| 2.11 | Thomas Tyler | 172 Nott Street<br>Wethersfield, CT 06109 | CAN Capital Asset<br>Servicing Inc | ☐ D _____<br>☒ E/F ___3.15___<br>☐ G _____ |
| 2.12 | Thomas Tyler | 172 Nott Street<br>Wethersfield, CT 06109 | Reliable Service<br>Contractor LLC | ☐ D _____<br>☒ E/F ___3.44___<br>☐ G _____ |
| 2.13 | Thomas Tyler | 172 Nott Street<br>Wethersfield, CT 06109 | Liberty Bank | ☒ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |
| 2.14 | Thomas Tyler | 172 Nott Street<br>Wethersfield, CT 06109 | Corporation Service<br>Co. | ☒ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.15 | Thomas Tyler | 172 Nott Street<br>Wethersfield, CT 06109 | Ring's End Inc. | ☐ D _____<br>☒ E/F ___3.45___<br>☐ G _____ |
| 2.16 | Thomas Tyler | 172 Nott Street<br>Wethersfield, CT 06109 | The Lyon & Billard Co. | ☐ D _____<br>☒ E/F ___3.51___<br>☐ G _____ |
| 2.17 | Thomas Tyler | 172 Nott Street<br>Wethersfield, CT 06109 | David A. Ambrose | ☐ D _____<br>☒ E/F ___3.24___<br>☐ G _____ |

Debtor   Tom the Toolman Tyler, LLC _____    Case number *(if known)* _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.   Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.18 | Thomas Tyler | 172 Nott Street<br>Wethersfield, CT 06109 | The Fundworks LLC | ☐ D _____<br>☒ E/F ___3.50___<br>☐ G _____ |
| 2.19 | Thomas Tyler | 172 Nott Street<br>Wethersfield, CT 06109 | National Litigation Law<br>Group LLP | ☐ D _____<br>☒ E/F ___3.41___<br>☐ G _____ |
| 2.20 | Thomas Tyler | 172 Nott Street<br>Wethersfield, CT 06109 | Lowes Business<br>Acct/SYNCB | ☐ D _____<br>☒ E/F ___3.38___<br>☐ G _____ |
| 2.21 | Thomas Tyler | 172 Nott Street<br>Wethersfield, CT 06109 | American Express | ☐ D _____<br>☒ E/F ___3.5___<br>☐ G _____ |
| 2.22 | Thomas Tyler | 172 Nott Street<br>Wethersfield, CT 06109 | American Express | ☐ D _____<br>☒ E/F ___3.6___<br>☐ G _____ |
| 2.23 | Thomas Tyler | 172 Nott Street<br>Wethersfield, CT 06109 | Elan Financial<br>Services | ☐ D _____<br>☒ E/F ___3.28___<br>☐ G _____ |
| 2.24 | Thomas Tyler | 172 Nott Street<br>Wethersfield, CT 06109 | American Express | ☐ D _____<br>☒ E/F ___3.7___<br>☐ G _____ |
| 2.25 | Thomas Tyler | 172 Nott Street<br>Wethersfield, CT 06109 | Capital One | ☐ D _____<br>☒ E/F ___3.16___<br>☐ G _____ |
| 2.26 | Thomas Tyler | 172 Nott Street<br>Wethersfield, CT 06109 | David Lindsey | ☐ D _____<br>☒ E/F ___2.3___<br>☐ G _____ |
| 2.27 | Thomas Tyler | 172 Nott Street<br>Wethersfield, CT 06109 | Joe Worley | ☐ D _____<br>☒ E/F ___2.5___<br>☐ G _____ |

05/06/24 2:17 PM

| Debtor | Tom the Toolman Tyler, LLC | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.   Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.28 | Thomas Tyler | 172 Nott Street<br>Wethersfield, CT 06109 | Joshua Cleaveland | ☐ D _____<br>☒ E/F ___2.6___<br>☐ G _____ |
| 2.29 | Thomas Tyler | 172 Nott Street<br>Wethersfield, CT 06109 | Ralph Esposito | ☐ D _____<br>☒ E/F ___2.7___<br>☐ G _____ |
| 2.30 | Thomas Tyler | 172 Nott Street<br>Wethersfield, CT 06109 | Zachary Truhan | ☐ D _____<br>☒ E/F ___2.9___<br>☐ G _____ |
| 2.31 | Thomas Tyler | 172 Nott Street<br>Wethersfield, CT 06109 | CT Dept. of Consumer Protection | ☐ D _____<br>☒ E/F ___3.21___<br>☐ G _____ |
| 2.32 | Thomas Tyler | 172 Nott Street<br>Wethersfield, CT 06109 | ACI Flooring LLC | ☐ D _____<br>☒ E/F ___3.1___<br>☐ G _____ |
| 2.33 | Thomas Tyler | 172 Nott Street<br>Wethersfield, CT 06109 | Alvins Plumbing & Heating LLC | ☐ D _____<br>☒ E/F ___3.4___<br>☐ G _____ |
| 2.34 | Thomas Tyler | 172 Nott Street<br>Wethersfield, CT 06109 | APK Electric | ☐ D _____<br>☒ E/F ___3.8___<br>☐ G _____ |
| 2.35 | Thomas Tyler | 172 Nott Street<br>Wethersfield, CT 06109 | Apple Valley Inc. | ☐ D _____<br>☒ E/F ___3.9___<br>☐ G _____ |
| 2.36 | Thomas Tyler | 172 Nott Street<br>Wethersfield, CT 06109 | Artistic Plumbing & Heating | ☐ D _____<br>☒ E/F ___3.11___<br>☐ G _____ |
| 2.37 | Thomas Tyler | 172 Nott Street<br>Wethersfield, CT 06109 | Catskill Granite Countertops | ☐ D _____<br>☒ E/F ___3.17___<br>☐ G _____ |

Debtor   Tom the Toolman Tyler, LLC _____   Case number *(if known)* _____

| | Additional Page to List More Codebtors | |
|---|---|---|

Copy this page only if more space is needed.   Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.38 | Thomas Tyler | 172 Nott Street<br>Wethersfield, CT 06109 | Full Circle Contractors | ☐ D _____<br>☒ E/F ___3.31___<br>☐ G _____ |
| 2.39 | Thomas Tyler | 172 Nott Street<br>Wethersfield, CT 06109 | Diego Carrillo<br>Rodriguez | ☐ D _____<br>☒ E/F ___3.25___<br>☐ G _____ |
| 2.40 | Thomas Tyler | 172 Nott Street<br>Wethersfield, CT 06109 | Drywall Perfection | ☐ D _____<br>☒ E/F ___3.27___<br>☐ G _____ |
| 2.41 | Thomas Tyler | 172 Nott Street<br>Wethersfield, CT 06109 | Guglietta Plumbing &<br>Heating LLC | ☐ D _____<br>☒ E/F ___3.33___<br>☐ G _____ |
| 2.42 | Thomas Tyler | 172 Nott Street<br>Wethersfield, CT 06109 | Junior's Painting | ☐ D _____<br>☒ E/F ___3.36___<br>☐ G _____ |
| 2.43 | Thomas Tyler | 172 Nott Street<br>Wethersfield, CT 06109 | Mark Kelly<br>Construction | ☐ D _____<br>☒ E/F ___3.39___<br>☐ G _____ |
| 2.44 | Thomas Tyler | 172 Nott Street<br>Wethersfield, CT 06109 | Marzano Plumbing &<br>Heating LLC | ☐ D _____<br>☒ E/F ___3.40___<br>☐ G _____ |
| 2.45 | Thomas Tyler | 172 Nott Street<br>Wethersfield, CT 06109 | Yves Gutters | ☐ D _____<br>☒ E/F ___3.55___<br>☐ G _____ |
| 2.46 | Thomas Tyler | 172 Nott Street<br>Wethersfield, CT 06109 | Allwaste Inc. | ☐ D _____<br>☒ E/F ___3.2___<br>☐ G _____ |
| 2.47 | Thomas Tyler | 172 Nott Street<br>Wethersfield, CT 06109 | Connecticut Natural<br>Gas | ☐ D _____<br>☒ E/F ___3.20___<br>☐ G _____ |

Debtor   Tom the Toolman Tyler, LLC _____   Case number *(if known)* _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.   Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.48 | Thomas Tyler | 172 Nott Street<br>Wethersfield, CT 06109 | CT Shower & Bath LLC | ☐ D _____<br>☒ E/F ___3.22___<br>☐ G _____ |
| 2.49 | Thomas Tyler | 172 Nott Street<br>Wethersfield, CT 06109 | Eversource | ☐ D _____<br>☒ E/F ___3.29___<br>☐ G _____ |
| 2.50 | Thomas Tyler | 172 Nott Street<br>Wethersfield, CT 06109 | HBRA of Central CT | ☐ D _____<br>☒ E/F ___3.34___<br>☐ G _____ |
| 2.51 | Thomas Tyler | 172 Nott Street<br>Wethersfield, CT 06109 | Lansing Building Products LLC | ☐ D _____<br>☒ E/F ___3.37___<br>☐ G _____ |
| 2.52 | Thomas Tyler | 172 Nott Street<br>Wethersfield, CT 06109 | Polaris Business Advisors | ☐ D _____<br>☒ E/F ___3.43___<br>☐ G _____ |
| 2.53 | Thomas Tyler | 172 Nott Street<br>Wethersfield, CT 06109 | Sherwin-Williams Company | ☐ D _____<br>☒ E/F ___3.47___<br>☐ G _____ |
| 2.54 | Thomas Tyler | 172 Nott Street<br>Wethersfield, CT 06109 | Surefire Local | ☐ D _____<br>☒ E/F ___3.49___<br>☐ G _____ |
| 2.55 | Thomas Tyler | 172 Nott Street<br>Wethersfield, CT 06109 | Sure Payroll | ☐ D _____<br>☒ E/F ___3.48___<br>☐ G _____ |
| 2.56 | Thomas Tyler | 172 Nott Street<br>Wethersfield, CT 06109 | Webster Worx LLC | ☐ D _____<br>☒ E/F ___3.52___<br>☐ G _____ |
| 2.57 | Thomas Tyler | 172 Nott Street<br>Wethersfield, CT 06109 | Wessam's Construction & Maintenance LLC | ☐ D _____<br>☒ E/F ___3.53___<br>☐ G _____ |

Debtor   Tom the Toolman Tyler, LLC _____    Case number *(if known)* _____

| ■ | **Additional Page to List More Codebtors** | | |
|---|---|---|---|
| | Copy this page only if more space is needed.   Continue numbering the lines sequentially from the previous page. | | |
| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** |

| 2.58 | Thomas Tyler | 172 Nott Street<br>Wethersfield, CT 06109 | Computers by Lee LLC | ☐ D _____<br>☒ E/F   3.19____<br>☐ G _____ |
|---|---|---|---|---|
| 2.59 | Thomas Tyler | 172 Nott Street<br>Wethersfield, CT 06109 | Beacon Spray Foam LLC | ☐ D _____<br>☒ E/F   3.12____<br>☐ G _____ |
| 2.60 | Thomas Tyler | 172 Nott Street<br>Wethersfield, CT 06109 | ARC Property Management LLC | ☐ D _____<br>☒ E/F   3.10____<br>☐ G _____ |
| 2.61 | Thomas Tyler | 172 Nott Street<br>Wethersfield, CT 06109 | Dream Makers Home Improvement | ☐ D _____<br>☒ E/F   3.26____<br>☐ G _____ |
| 2.62 | Thomas Tyler | 172 Nott Street<br>Wethersfield, CT 06109 | Altus Receivables Management Inc. | ☐ D _____<br>☒ E/F   3.3____<br>☐ G _____ |
| 2.63 | Thomas Tyler | 172 Nott Street<br>Wethersfield, CT 06109 | Dandy Inc. | ☐ D _____<br>☒ E/F   3.23____<br>☐ G _____ |
| 2.64 | Thomas Tyler | 172 Nott Street<br>Wethersfield, CT 06109 | FastComp Insurance | ☐ D _____<br>☒ E/F   3.30____<br>☐ G _____ |
| 2.65 | Thomas Tyler | 172 Nott Street<br>Wethersfield, CT 06109 | GoNetSpeed | ☐ D _____<br>☒ E/F   3.32____<br>☐ G _____ |
| 2.66 | Thomas Tyler | 172 Nott Street<br>Wethersfield, CT 06109 | David A. Ambrose | ☐ D _____<br>☐ E/F _____<br>☒ G   2.1____ |

**Fill in this information to identify the case:**

Debtor name     Tom the Toolman Tyler, LLC

United States Bankruptcy Court for the:    DISTRICT OF CONNECTICUT

Case number (if known)

☐ Check if this is an
  amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| From the beginning of the fiscal year to filing date:<br>From 01/01/2024 to Filing Date | ☒ Operating a business<br><br>☐ Other | $6,234.00 |
| For prior year:<br>From 01/01/2023 to 12/31/2023 | ☒ Operating a business<br><br>☐ Other | $773,429.54 |
| For year before that:<br>From 01/01/2022 to 12/31/2022 | ☒ Operating a business<br><br>☐ Other | $800,204.92 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Debtor     Tom the Toolman Tyler, LLC _____     Case number *(if known)* _____

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. American Express<br>Attn: President<br>P.O. Box 1270<br>Newark, NJ 07101 | | $1,968.05 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other credit card |
| 3.2. American Express<br>Attn: President<br>P.O. Box 1270<br>Newark, NJ 07101 | | $2,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other credit card |
| 3.3. Lowes Business Acct/SYNCB<br>Attn: President<br>P.O. Box 669824<br>Dallas, TX 75266 | | $793.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other credit card |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. Thomas Tyler<br>172 Nott Street<br>Wethersfield, CT 06109<br>Owner | January 2023<br>- December<br>2023 | $87,532.56 | repayment of loans made by principal to business |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

Debtor    Tom the Toolman Tyler, LLC _____    Case number *(if known)* _____

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Can Capital Asset Serv vs Tom the Toolman Tyler, Thomas Tyler<br>24-A-55 | Contract | State Court of Cobb County, State of Georgia<br>12 East Park Square<br>Marietta, GA 30090 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | MCNAUGHTON, DANIEL, J v. TOM THE TOOLMAN TYLER, LLC<br>HHB-CV24-5035542-S | Small Claims | Judicial District of New Britain<br>Attn: Clerk<br>20 Franklin Square<br>New Britain, CT 06050 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor    Tom the Toolman Tyler, LLC          Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Novak Law Office P.C. 280 Adams Street Manchester, CT 06042 | retainer and filing fee | 02/7/2024 | $2,838.00 |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:  Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| 14.1. | 3 Wells Road Wethersfield, CT 06109 | 6/2020 - February 7 2024 |

**Part 8:  Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:  Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☒ Yes. State the nature of the information collected and retained.

| Debtor | Tom the Toolman Tyler, LLC | Case number (if known) | |
|---|---|---|---|

Names and addresses

Does the debtor have a privacy policy about that information?

☒ No
☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Thomas Tyler<br>172 Nott Street<br>Wethersfield, CT 06109 | Thomas Tyler<br>172 Nott Street<br>Wethersfield, CT 06109 | 7 1/4 " Miter saw, Oscillating saw, 10" table saw, drywall screw gun, standing floor screw gun, 2 handheld drills, zip wall dust barrier system, hoover commercial vacuum handheld, drywall lift, hardwood floor nailer, Ridgid 6 gallon air compressor, 3 ladders, 20 opened and unopened buckets of paint, 3 computers, 1 server, 3 monitors, 2 printers, phones, 1 desk & chair, 1 table with 4 chairs, 1 corner cabinet | ☐ No<br>☒ Yes |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com

| Debtor | Tom the Toolman Tyler, LLC | Case number *(if known)* |
|---|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

## Part 12:   Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13:   Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   Carol Bracken<br>116 Sharon Lane<br>Wethersfield, CT 06109 | 2019 - present |

| Debtor | Tom the Toolman Tyler, LLC | Case number *(if known)* | |
|---|---|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. Berkley Net Insurance<br>9301 Innovation Dr Unit 200<br>Manassas, VA 20110 | |

| Name and address | Date of service From-To |
|---|---|
| 26b.2. Johnson and Johnson Preferred Financing<br>P.O. Box 96431<br>Charlotte, NC 28296 | |

| Name and address | Date of service From-To |
|---|---|
| 26b.3. Western World Insurance<br>200 Wingo Way<br>Suite 200<br>Mount Pleasant, SC 29464 | |

| Name and address | Date of service From-To |
|---|---|
| 26b.4. FastComp<br>1931 Georgetown Rd # 100<br>Hudson, OH 44236 | |

| Name and address | Date of service From-To |
|---|---|
| 26b.5. Clear Spring Insurance<br>10555 Group 1001 Way<br>Zionsville, IN 46077 | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. Carol Bracken<br>116 Sharon Lane<br>Wethersfield, CT 06109 | |
| 26c.2. Thomas M. Tyler<br>172 Nott Street<br>Wethersfield, CT 06109 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. Lyon & Billard<br>38 Gypsy Lane Meriden<br>Meriden, CT 06451 |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
☒ Yes. Give the details about the two most recent inventories.

Debtor   Tom the Toolman Tyler, LLC _____   Case number (if known) _____

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | Thomas Tyler | February 2024 | 1500.00 |
| | **Name and address of the person who has possession of inventory records** | | |
| | Thomas Tyler<br>172 Nott Street<br>Wethersfield, CT 06109 | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Thomas M. Tyler | 172 Nott Street<br>Wethersfield, CT 06109 | President | 100 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Thomas Tyler<br>172 Nott Street<br>Wethersfield, CT 06109 | 87,532.56 | Jan 1, 2023 - December 31, 2023 | repayment of loans made by principal to business |
| | **Relationship to debtor**<br>president | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

Debtor      Tom the Toolman Tyler, LLC _____      Case number *(if known)* _____

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___ May 6, 2024 _____

/s/ Thomas M. Tyler _____          Thomas M. Tyler _____
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor ___ President _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Connecticut

In re    Tom the Toolman Tyler, LLC

Debtor(s)

Case No.

Chapter    7

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept ................................................................ | $ | 2,500.00 |
| Prior to the filing of this statement I have received ....................................................... | $ | 2,500.00 |
| Balance Due ................................................................................................................ | $ | 0.00 |

2.  The source of the compensation paid to me was:

☒ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

☒ Debtor    ☐ Other (specify):

4.  ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]
    Reference is hereby made to the Bankruptcy Retainer Agreement dated February 2, 2024 for description of services and compensation to be paid.

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    All services contemplated to be provided by the undersigned attorney shall be and are hereby limited to legal representation afforded the client in the United States Bankruptcy Courts, District of Connecticut pertaining to the Chapter 7 case described above.  Under no circumstances shall this agreement be construed to impose a professional obligation or duty upon the attorney to represent the client in related or unrelated matters which matters are in the proper jurisdiction of the Superior Courts of the State of Connecticut.

    Representation of the Debtor in an adversary proceeding and/or a contested matter including but not limited to motion pursuant to sec. 522(f) and sec. 506 requires a separate attorney's fee to be paid on an hourly rate retainer basis, which is in addition to the fee referenced in this Disclosure of Compensation of Attorney for Debtor.  The undersigned attorney is not responsible, nor obligated to in any way, to undertake representation of the Debtor in any adversary proceeding, unless separately retained to do so.

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

May 6, 2024

*Date*

/s/ Anthony S. Novak

Anthony S. Novak
*Signature of Attorney*
Novak Law Office, PC
280 Adams Street
Manchester, CT 06042
(860) 432-7710   Fax: (860) 432-7724
anthonysnovak@aol.com
*Name of law firm*

# United States Bankruptcy Court
## District of Connecticut

In re   Tom the Toolman Tyler, LLC _____   Case No. _____

                     Debtor(s)     Chapter   7 _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   May 6, 2024 _____     /s/ Thomas M. Tyler _____

                                                Thomas M. Tyler/President
                                                Signer/Title

ACI Flooring LLC
Attn: President
109 Main Street
Wethersfield, CT 06109


Allwaste Inc.
Attn: President
P.O. Box 2472
Hartford, CT 06146


Altus Receivables Management Inc.
Attn: President
P.O.  Box 186
Metairie, LA 70004


Alvins Plumbing & Heating LLC
Attn: Alvin Latiff
501 Griswold Street
Glastonbury, CT 06033


American Express
Attn: President
P.O. Box 1270
Newark, NJ 07101


American Express
Attn: President
P.O. Box 981535
El Paso, TX 79998


Ann Thidemann Esq.
Asst. U.S. Attorney
1000 Lafayette Blvd 10th Floor
Bridgeport, CT 06604


APK Electric
Attn: Kyle Lamarre
352 Shrub Road
Bristol, CT 06010


Apple Valley Inc.
Attn: Travis Woodward
63 Berkley Avenue
Southington, CT 06489


ARC Property Management LLC
Attn: Arnaldo Alvarez
9 Oak St., Apt. 1
Vernon Rockville, CT 06066

Artistic Plumbing & Heating
Attn: Keith Molnar
188 Newton Street
Berlin, CT 06037


Beacon Spray Foam LLC
Attn: Jesse
2233 Ridge Rd
North Haven, CT 06473


Berkley Net
Attn: President
P.O. Box 639829
Cincinnati, OH 45263


C & K Electrical LLC
Attn: Adam Kies
17 Karosi Road
Ashford, CT 06278


CAN Capital Asset Servicing Inc
Attn: Kathleen O'Connell
1850 Parkway Place SE Suite 1150
Marietta, GA 30067


Capital One
Attn: President
P.O. Box 71087
Charlotte, NC 28272


Catskill Granite Countertops
Attn: President
156a Pane Road
Newington, CT 06111


Christine Sciarrino Esq.
Asst. U.S. Attorney
1000 Lafayette Blvd 10th Floor
Bridgeport, CT 06604


Clear Spring Property & Casualty Co.
Attn: Art Jennings
227 W Monroe St #2100
Chicago, IL 60606


Computers by Lee LLC
Attn: Lee Wilson
64 Mountain View Avenue
Avon, CT 06001

Connecticut Natural Gas
Attn: President
P.O. Box 847820
Boston, MA 02284


Corporation Service Co.
Attn President
801 Adlai Stevenson Drive
Springfield, IL 62703


Corporation Service Co.
Attn: President
P.O. Box 2576
Springfield, IL 62708


Cris Huacon
Polaris Business Advisors 22 W 38th St
New York, NY 10018


CT Dept. of Consumer Protection
Attn: Commissioner
450 Columbus Blvd, Suite 901
Hartford, CT 06103


CT Dept. of Revenue Services
C & E Division, Bankruptcy Unit
450 Columbus Blvd Suite 1
Hartford, CT 06103


CT Shower & Bath LLC
Attn: President
555 New Park Avenue
West Hartford, CT 06110


Dandy Inc.
Attn: President
9891 Irvine Center Dr. Suite 200
Irvine, CA 92618


Daniel J. McNaughton
42 Farmstead Road
Wethersfield, CT 06109


David A. Ambrose
119 Farmingdale Road
Wethersfield, CT 06109

David Lindsey
17 Jan Drive
Vernon Rockville, CT 06066


Diego Carrillo Rodriguez
79 Randolph Avenue Apt. 2
Meriden, CT 06451


Dream Makers Home Improvement
Attn: Tony Navarro
3 Grant Road
Broad Brook, CT 06016


Drywall Perfection
Attn: President
49 Custer Street
West Hartford, CT 06110


Elan Financial Services
Attn: President
P.O. Box 790408
Saint Louis, MO 63179


Elan Financial Services
Attn: President
P.O. Box 6353
Fargo, ND 58125


Eversource
Attn: Bankruptcy or Legal Dept
107 Selden Street
Berlin, CT 06037


Eversource
Attn: President
P.O. Box 56007
Boston, MA 02205


FastComp Insurance
Attn: President
1931 Georgetown Rd # 100
Hudson, OH 44236


Full Circle Contractors
Attn: Christopher Legault
24 Birch Mountain Road
Bolton, CT 06043

Gerard Celmer
Polaris Business Advisors 22 W 38th St
New York, NY 10018

GoNetSpeed
Attn: President
56 Campus Drive
New Gloucester, ME 04260

Guglietta Plumbing & Heating LLC
Attn: President
71 Garden Street
Bristol, CT 06010

HBRA of Central CT
Attn: President
2189 Silas Deane Highway
Rocky Hill, CT 06067

Internal Revenue Service
Centralized Insolvency Office
P.O. Box 21126
Philadelphia, PA 19114

Internal Revenue Service
Centralized Insolvency Office
P.O. Box 7346
Philadelphia, PA 19101

Internal Revenue Service
Attn: Special Procedures
135 High Street, Stop 155
Hartford, CT 06103

Jackson Heath
Polaris Business Advisors 22 W 38th St
New York, NY 10018

Joe Worley
73 Laurel Lane
Simsbury, CT 06070

Johnson & Johnson
Attn: President
22-B Oak Branch Drive
Greensboro, NC 27407

```
Johnson & Johnson Preferred Financing
Attn: President
P.O. Box 26009
Greensboro, NC 27420


Johnson & Johnson Preferred Financing
Attn: President
P.O. Box 96431
Charlotte, NC 28296


Joseph S. Fritzson
J.S. Fritzson Law Firm PC
1979 Marcus Avenue Suite 210
New Hyde Park, NY 11042


Joshua Cleaveland
21 Gifford Road
West Hartford, CT 06119


Junior's Painting
Attn: Manley McLeod
111 Baltimore Street
Hartford, CT 06112


Lansing Building Products LLC
Attn: President
201 Jones Road, 1st Fl East
Waltham, MA 02451


Liberty Bank
Attn: President
315 Main Street
Middletown, CT 06457


Liberty Bank
Attn: President
P.O. Box 150425
Hartford, CT 06115


Lowes Business Acct/SYNCB
Attn: President
P.O. Box 669824
Dallas, TX 75266


Mark Kelly Construction
Attn: Mark Kelly
140 Sunnybrook Drive
Manchester, CT 06040
```

Marzano Plumbing & Heating LLC
Attn: Tony Marzano
520 Franklin Avenue
Hartford, CT 06114


National Litigation Law Group LLP
Attn: James Bryant
42 Shepard Center, 2401 NW 23rd St
Oklahoma City, OK 73107


Plimpton & Hills
Attn: President
300 Research Parkway
Meriden, CT 06450


Polaris Business Advisors
Attn: President
22 West 38th, 3rd Fl
New York, NY 10018


Ralph Esposito
37 Wellington Street
New Britain, CT 06053


Reliable Service Contractor LLC
Attn: Jodi Watson
Tucker Albin & Associates 1702 N. Collin
Richardson, TX 75080


Ring's End Inc.
Attn: President
181 West Avenue
Darien, CT 06820


Ro's Plumbing LLC
Attn: R. Lodge
115 Collimore Road
East Hartford, CT 06108


Sherwin-Williams Company
Attn: President
725 Silas Deane Highway
Wethersfield, CT 06109


Sure Payroll
Attn: President
27 Patriot Blvd. Suite 300
Glenview, IL 60026

Surefire Local
Attn: President
8619 Westwood Center Dr. Suite 150
Vienna, VA 22182


The Fundworks LLC
Attn: President
299 South Main Street, Suite 1300
Salt Lake City, UT 84111


The Lyon & Billard Co.
Attn: President
3 Gypsey Lane
Meriden, CT 06450


Town of Wethersfield
Attn: Tax Collector
505 Silas Deane Hwy
Wethersfield, CT 06109


U.S. Small Business Admin
Attn: Manager
2 N. 29th St, Suite 320
Birmingham, AL 35203


U.S. Small Business Admin
Attn: Manager
280 Trumbull St. 2nd Floor
Hartford, CT 06103


U.S. Small Business Admin
Attn: President
P.O. Box 3918
Portland, OR 97208


Webster Worx LLC
Attn: Nico Webster
36 Cedar Street
Middletown, CT 06457


Wessam's Construction & Maintenance LLC
Attn: Lloyd Wessam
118 BRANDEGEE AVENUE
Groton, CT 06340


Western World Insurance Co.
Attn: President
P.O. Box 899
Charleston, SC 29402

```
Western World Insurance Company
Attn: President
300 Kimball Dr
Parsippany, NJ 07054


Wolters Kluwer Lien Solutions
Attn: President
P.O. Box 29071
Glendale, CA 91209


Yves Gutters
Attn: Yves Sevigny
9 Rosewood Drive
Plainville, CT 06062


Zachary Truhan
782 Main Street
Newington, CT 06111
```

# United States Bankruptcy Court
## District of Connecticut

In re   Tom the Toolman Tyler, LLC

Debtor(s)

Case No. 

Chapter    7

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Tom the Toolman Tyler, LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

May 6, 2024

Date

/s/ Anthony S. Novak

Anthony S. Novak
Signature of Attorney or Litigant
Counsel for   Tom the Toolman Tyler, LLC
Novak Law Office, PC
280 Adams Street
Manchester, CT 06042
(860) 432-7710  Fax:(860) 432-7724
anthonysnovak@aol.com

Software Copyright (c) 1996-2024 Best Case, LLC  - www.bestcase.com